**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER PECHO, individually and on behalf of similarly situated individuals,** | | |
| **Plaintiff,** | | **No. 21 C 6202** |
| **v.** | | **Judge Rebecca R. Pallmeyer** |
| **MAUI JIM, INC., an Illinois Corporation; and MAUI JIM USA, INC., an Illinois Corporation,** | | |
| **Defendants.** | | |

**ORDER**

Pursuant to the Stipulation to Remand filed on 11/6/2022 [58], this case is remanded forthwith to the Circuit Court of Cook County, Illinois, Chancery Division (2021-CH-05066). Each party to bear their own fees and costs. Civil case terminated.

ENTER:

Date: November 17, 2022

REBECCA R. PALLMEYER
United States District Judge